UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SMITH,<br><br>      Petitioner,<br><br>   v.<br><br>RANDY GROUNDS, warden,<br><br>      Respondent. | No. C 11-5792 SI (pr)<br><br>**JUDGMENT** |

This action must be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 12, 2011

                                                SUSAN ILLSTON<br>
                                     United States District Judge